# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

May 29, 2020

## RE-SCHEDULING NOTICE

The matter of Rodriguez, et al. v. Fluor Corporation, et al., 19-cv-9360 (NSR) (LMS), has been *re-scheduled* from a telephonic status conference on Thursday, June 25, 2020, at 11:00 AM before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to a telephonic status conference on **Friday, June 26, 2020, at 2:45 PM**. All persons participating in this status conference may do so by accessing the AT&T Teleconference Information previously published to the docket sheet.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED:

Hon. Lisa Margaret Smith  
U.S.M.J.